

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00081-CV

Joe **REYES**,
Appellant

v.

Christina **GALINDO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01140
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellee recover from appellant the costs she incurred related to this appeal.

SIGNED June 5, 2019.

_____
Luz Elena D. Chapa, Justice